DANIEL J. BRODERICK, Bar #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANDREW BRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 6:10-mj-00109 MJS-1 |
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE STATUS |
| v. | ) CONFERENCE/REVIEW HEARING; |
| | ) ORDER |
| ANDREW BRAY, | ) |
| | ) Date:  February 22, 2012 |
| Defendant. | ) Time:  10:00 a.m. |
| | ) Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their

respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for

February 7, 2012, **may be continued to February 22, 2012, at 10:00 a.m.**

This continuance is requested by counsel for defendant.  Defendant was let go shortly after

Judgment was entered in this matter.  He recently started a new job, and is required to attend a two-week

training program in Massachusetts that conflicts with his court scheduled review hearing on February 7,

2012.

The government does not object to this request.  The requested continuance will conserve time and

resources for all parties and the court.

///

///

///

BENJAMIN B. WAGNER
United States Attorney

DATED: January 25, 2012                    /s/ Susan St. Vincent
                                           SUSAN ST. VINCENT
                                           Acting Legal Officer
                                           National Park Service


                                           DANIEL J. BRODERICK
                                           Federal Defender

DATED: January 25, 2012                    /s/ Peggy Sasso
                                           PEGGY SASSO
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           Andrew Bray


ORDER


The Court, having reviewed the above request for a continuance of the status conference currently set for February 7, 2012 until February 22, 2012, HEREBY ORDERS AS FOLLOWS:

The status conference in the above entitled matter shall be continued to February 22, 2012, at 10:00 a.m., at the Yosemite Court.


IT IS SO ORDERED.

Dated:    January 30, 2012          /s/ *Michael J. Song*
                                    UNITED STATES MAGISTRATE JUDGE